**Opinion issued January 26, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00190-CV

———————————

**WELDON THOMAS, Appellant**

**V.**

**RESIDENTIAL CREDIT SOLUTIONS, INC., Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1054769**

---

## MEMORANDUM OPINION

Appellant Weldon Thomas has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief).

Appellant's brief was due on November 30, 2015. After being notified that

this appeal was subject to dismissal, appellant did not respond.  *See* TEX. R. APP. P. 38.8(a)(1) (authorizing dismissal for failure to file brief); 42.3(b) (allowing involuntary dismissal of case).

Accordingly, we dismiss the appeal for want of prosecution.  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Massengale and Brown.